IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN C. RODRIGUEZ                                                                       PLAINTIFF

v.                                                                                    No. 3:20CV32-NBB-RP

CALIFORNIA DEPARTMENT OF CORRECTIONS and                                          DEFENDANTS
DR. THOMAS

PROCESS ORDER

Having reviewed the complaint in this case, the court finds that process should issue for defendant Dr. Thomas.

It is **ORDERED**:

1) That the clerk of the court will issue process for the defendant, Dr. Thomas, along with a copy of this order and the order permitting the plaintiff to proceed *in forma pauperis*. The United States Marshal Service will serve process upon this defendant under to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(i).

2) The plaintiff must acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within fourteen (14) days of this date.

3) The plaintiff's failure to keep the court informed of his current address or to comply with the requirements of this order may lead to dismissal of his lawsuit under Fed. R. Civ. P. 41(b), for failure to prosecute and failure to comply with an order of the court.

**SO ORDERED**, this, the 6th day of April, 2020.

/s/ Roy Percy
ROY PERCY
UNITED STATES MAGISTRATE JUDGE