# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOHN C. RODRIGUEZ**                                                                      **PLAINTIFF**

**v.**                                                                                **No. 3:20CV32-NBB-RP**

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**DR. THOMAS**                                                                      **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [12]
## FOR RECONSIDERATION

This matter comes before the court on the plaintiff's motion [12] for reconsideration of the court's[1] order dismissing the California Department of Corrections and Rehabilitation as a defendant in the instant suit. Though the plaintiff characterizes the order as a "final judgment," the order did not terminate the case; as such, it is interlocutory in nature. Interlocutory orders, such as the present one, are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). In this instance, the United States District Court for the Southern District of California dismissed the California Department of Corrections and Rehabilitation as a defendant based upon binding precedent from the Ninth Circuit Court of Appeals (*Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012)). As the dismissal of the defendant was proper, the plaintiff's request for reconsideration is **DENIED**.

**SO ORDERED**, this, the 22nd day of September, 2020.

                                                      /s/ Neal Biggers
                                                      NEAL B. BIGGERS
                                                      SENIOR U. S. DISTRICT JUDGE

---

[1] The order was entered by the United States District Court for the Southern District of California prior to the case's transfer to this court.