IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN C. RODRIGUEZ**                                                             **PLAINTIFF**

v.                                                           No. 3:20CV32-NBB-RP

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**DR. THOMAS**                                                             **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

This matter comes before the court on the motion [21] which the plaintiff styles a "Motion for Summary Judgment" under Fed. R. Civ. P. 56. The document, however, does not conform in any way to the requirements of Rule 56, as it does not contain a list of undisputed material facts, or, for that matter, any argument that would dispose of either a party or a claim in the case. As such, the instant "Motion for Summary Judgment" is **DENIED**.

**SO ORDERED**, this, the 5th day of October, 2020.

                                                                   /s/ Neal Biggers
                                                                   NEAL B. BIGGERS
                                                                   SENIOR U. S. DISTRICT JUDGE