IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN C. RODRIGUEZ** **PLAINTIFF**

v. No. 3:20CV32-NBB-RP

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**DR. THOMAS** **DEFENDANTS**

### ORDER GRANTING DEFENDANTS' MOTION [54]
### TO FILE THEIR MOTION [52] FOR SUMMARY JUDGMENT
### AND SUPPORTING MEMORANDUM [53]  UNDER SEAL

This matter comes before the court on the motion [54] by the defendants to file their motion [52] for summary judgment and supporting memorandum [53] under seal. As the documents in question contain sensitive information, the instant motion [54] is **GRANTED**. The Clerk of the Court is **DIRECTED** to restrict access to the defendants' motion [52] for summary judgment and supporting memorandum [53] to parties only.

**SO ORDERED**, this, the 2nd day of November, 2022.

/s/     Roy Percy
UNITED STATES MAGISTRATE JUDGE